# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: tguzman | Date Created: 3/5/2020 |
| Case: 1−20−41349−nhl | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee         USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ptcrd       Frank Arnold       209 Gosling Hill Drive       Manhasset, NY 11030
aty         Adam Gilbert       Nixon Peabody LLP       55 West 46th Street       New York, NY 10036

TOTAL: 2